# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SVETLANA ZAUGG** d/b/a **DECORATING DEN INTERIORS** and **OLIVIER ZAUGG** d/b/a **DECORATING DEN INTERIORS,**
Appellants,

v.

**MICHAEL VAS NUNES** and **YULIIA VAS NUNES,**
Appellees.

No. 4D21-482

[July 15, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Frank Castor, Judge; L.T. Case Nos. 502019SC009411XXXXNB and 502020AP000094CAXXMB.

Jose D. Sosa of Law Office of Jose D. Sosa, P.C., Palm Beach Gardens, for appellants.

Marc S. Dobin of Dobin Law Group, P.A., Jupiter, for appellees.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***